**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HINSDALE BANK AND TRUST COMPANY, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | No. 1:22-cv-03667 |
| | ) | |
| CRYPTOFI, INC., D.M., M.M., and A.D., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CRYPTOFI, INC.'S CORPORATE DISCLOSURE
PURSUANT TO FED. R. CIV. P. 7.1 AND L.R. 3.2**

Pursuant to Fed. R. Civ. P. 7.1, Defendant CryptoFi, Inc. ("Defendant") states that it has no parent corporation and that no publicly held corporation owns more than 10% of Defendant.

Pursuant to LR 3.2 Defendant identifies Kian Sarreshteh, Connie Davis, Robert Hoffman, and Aktion Partners as affiliates owning 5% or more of Defendant.

By: /s/ Thomas H. Peckham
Thomas H. Peckham

Thomas H. Peckham (ARDC #6196847)
Gerald Haberkorn (ARDC #6194904)
L&G LAW GROUP LLP
175 W. Jackson Blvd., Ste. 950
Chicago, IL 60604
312-364-2500
Firm No. 64351
tpeckham@lgcounsel.com
geraldh@lgcounsel.com